AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Grace Lee | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 16-cv-02089-JAR |
| Pat Bosco | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Pat J. Bosco
>2100 Hillview Dr
>Manhattan, KS 66502-1941

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Grace Lee
>198 Mount Vernon St. #S1
>Malden, MA 02148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 2, 2016

s/ Yolanda Marzett, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

# Affidavit of Process Server

United States District Court for the District of Kansas
(NAME OF COURT)

| Grace Lee | vs | Pat Bosco | 16-cv-02089-JAR |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | Civil Action No. |

I, **Brent Kirkhart**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Pat Bosco**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons and Pleadings**

by leaving with **Pat Bosco**     **Individual**     At
NAME                                RELATIONSHIP

☐ Residence _____  _____
             ADDRESS              CITY / STATE

☒ Business **919 Mid-Campus Drive – 122 Anderson Hall**    **Manhattan, Ks**
             ADDRESS                                        CITY / STATE

On **May 12, 2016** AT **9:15 a.m.**
   DATE              TIME

☒ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ CITY  _____ STATE  _____ ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) **May 11, 2016** @ **1:00p.m.**   (2) **May 12, 2016** @ **9:15 a.m.**
                                                    DATE          TIME              DATE           TIME
(3) _____ DATE  _____ TIME   (4) _____ DATE  _____ TIME   (5) _____ DATE  _____ TIME

**Description:** Age **60**  Sex **M**  Race **White**  Height **6'0"**  Weight **215**  Hair **and Gry**  Beard **No**  Glasses **Yes**

_Brent K_ (signature)
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **12th** day of **May**, 20 **16**, by **Brent Kirkhart**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public – State of Kansas
JANICE D. KIRKHART
My Appt. Exp 05-01-18

_Janice D. Kirkhart_ (signature)
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Kansas**


NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS