IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GRACE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  16-cv-02089-JAR |
| | ) |
| HEATHER REED | ) |
| in her official and individual capacities, | ) |
| DR. PAT BOSCO | ) |
| in his official and individual capacities, | ) |
| JOHN DOE I-X | ) |
| in their official and individual capacities, | ) |
| KANSAS STATE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVING THE SUMMONS AND COMPLAINT ON DEFENDANTS JOHN DOES I-X**

1.   "John Does I-X" are pseudonyms for the presently unknown officials, staff or employees of the Kansas State University who may have, filed a May 2, 2012 incident report against Plaintiff Lee.

2.   The defendant Heather Reed stated that "On May 2, 2012, there was an incident in which Grace Lee was reported to be yelling and disruptive in the Graduate School office" (Doc 1,  Exhibit 12, ¶ 7)

3.   Further, Heather Reed stated that a CIRT (Critical Incident Response Team) meeting was conducted on May 4, 2012 to discuss the May 2, 2012 incident. (Doc 1, Exhibit 12, ¶ 8)

4.   Plaintiff has never been communicated by any official, police officer, or faculty member about the alleged May 2, 2012 incident, or the report of the incident that Ms.

1

Reed claims that she had received, or any of Plaintiff's alleged misconduct. (Doc 1, ¶ 29)

5. Plaintiff did not visit the KSU Graduate School on May 2, 2012 (Doc 1, ¶ 30).

6. Plaintiff has never yelled, screamed or been disruptive on KSU campus or in any KSU Graduate School office at any time. (Doc 1, ¶ 31)

7. Plaintiff Lee has neither been provided with the May 2, 2012 incident report that Ms. Reed claimed she received, nor been informed of the name of the person who filed the disciplinary report against her. (Doc 1, ¶ 32 - ¶46)

8. Plaintiff has diligently sought to obtain the information necessary to identify the Doe Defendants so that service may be effected.

9. The identity of Doe defendants is known to the defendant Heather Reed, the attendants of the May 4, 2012 CIRT meeting, and the officials and staff at the KSU Graduate School.

10. Plaintiff wrote Ms. Heather Reed on March 24, 2015 asking her to provide the report of the May 2, 2012 incident that she claims she received, and tell Plaintiff the name of the person who filed the report against Plaintiff. (Doc.1, Exhibit 13).

11. Plaintiff's request was ignored by Ms. Heather Reed.  (Doc 1, ¶ 33)

12. On April 17, 2016, Plaintiff Lee wrote the officials and staff at the KSU Graduate School, including the Graduate School Dean Dr. Carol Shanklin, to seek the information about the alleged May 2, 2012 incident at the Graduate School, and the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff.   (Declaration of Plaintiff Grace Lee ("Lee Decl."), ¶ 2, Exhibit A)

13. So far, Plaintiff Lee has yet received any response from the Graduate School at Kansas State University regarding her requests. (Lee Decl., ¶ 3)

14. On April 17, 2016, Plaintiff Lee wrote Dori Lambert, who attended the CIRT meeting on May 4, 2012 (Doc 1, Exhibit 17), to seek the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff. (Lee Decl., ¶ 4 , Exhibit B)

15. Plaintiff Lee has yet received any response from Dori Lambert. (Lee Decl., ¶ 5)

16. On April 17, 2016, Plaintiff Lee wrote Gary Leitnaker, who attended the CIRT meeting on May 4, 2012 (Doc 1, Exhibit 17), to seek the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff. (Lee Decl., ¶ 6 , Exhibit C)

17. Plaintiff Lee has yet received any response from Gary Leitnaker. (Id., ¶ 7)

18. On April 17, 2016, Plaintiff Lee wrote Karen Low, who attended the CIRT meeting on May 4, 2012 (Doc 1, Exhibit 17), to seek the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff. (Lee Decl., ¶ 8 , Exhibit D)

19. Plaintiff Lee has yet received any response from Karen Low. (Lee Decl., ¶ 9)

20. On April 17, 2016, Plaintiff Lee wrote Duane Crawford, who attended the CIRT meeting on May 4, 2012 (Doc 1, Exhibit 17), to seek the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff. (Lee Decl., ¶ 10 , Exhibit E)

21. Plaintiff Lee has yet received any response from Duane Crawford. (Lee Decl., ¶ 11)

22. On April 26, 2016, Plaintiff Lee wrote James Neill, who attended the CIRT meeting on May 4, 2012 (Doc 1, Exhibit 17), to seek the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff. (Lee Decl., ¶ 12 , Exhibit F)

23. Plaintiff Lee has yet received any response from James Neill. (Lee Decl., ¶ 13)

24. On April 26, 2016, Plaintiff Lee wrote James Guiekma, who attended the CIRT meeting on May 4, 2012 (Doc 1, Exhibit 17), to seek the identity of the anonymous defendants who may have filed the May 2, 2012 incident report against Plaintiff. (Lee Decl., ¶ 14 , Exhibit G)

25. Plaintiff Lee has yet received any response from James Guikema. (Lee Decl., ¶ 15)

26. Plaintiff Lee is waiting for the response from the named defendants, the attendants of the May 4, 2012 CIRT meetings, and the KSU graduate school, regarding the identity of the Doe defendants.

27. Plaintiff Lee respectfully requests that this Court to extend the time for serving "John Does I-X" with a copy of the Summons and the Complaint to July 31st, 2016.

WHEREFORE, Plaintiff Lee prays that her Motion to Extend the Time for Serving the Summons and Complaint on John Does I-X be granted.

DATED this 2nd day of June 2016.

                                              Respectfully submitted,

                                              Grace Lee
                                              198 Mt. Vernon St., S1
                                              Malden, MA 02148
                                              785-340-3340
                                              GraceLee695@gmail.com

                                     By: Grace Lee
                                              Grace Lee
                                              *Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2016, I electronically filed the foregoing PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVING THE SUMMONS AND COMPLAINT ON DEFENDANTS JOHN DOES I-X with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

By:   /s/ Grace Lee
Grace Lee, *Pro Se*
198 Mt. Vernon St., S1
Malden, MA 02148
785-340-3340
GraceLee695@gmail.com