**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GRACE LEE,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HEATHER REED** )<br>in her official and individual capacities, )<br>**DR. PAT BOSCO** )<br>in his official and individual capacities, )<br>**JOHN DOE I-X** )<br>in their official and individual capacities, )<br>**KANSAS STATE UNIVERSITY,** )<br>)<br>**Defendants.** )<br>_____ ) | **Case No.  16-cv-02089-JAR-GLR** |

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS**

Plaintiff Grace Lee, *pro se*, pursuant to Local Rule 6.1, moves this court for a 7 day extension of time to and including July 27, 2016, in which to file her Response to Defendants' Motion to Dismiss.  In support of this motion, Plaintiff states as follows:

1. Defendants filed and served their Motion to Dismiss on June 8, 2016.

2. Plaintiff's response is due on July 20, 2016 as her previous motion for extension of time was approved by the court.

3. Plaintiff is experiencing difficulties in her health condition.

4. Plaintiff is in the process of drafting her Response to Defendants' Motion to Dismiss, but requires additional time.

WHEREFORE, Plaintiff Grace Lee respectfully requests an extension of seven (7) additional days up to and including July 27, 2016 to file a Response to Defendants' Motion to Dismiss.

Respectfully submitted,

By:    /s/ Grace Lee
Grace Lee, *Pro Se*
198 Mt. Vernon St., S1
Malden, MA 02148
785-340-3340
GraceLee695@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of July, 2016, the above and foregoing was electronically filed with the United States District Court for the District of Kansas using the CM/ECF system, which caused notification to be sent to the following:

M.J. Willoughby, Assistant Attorney General

/s/ Grace Lee
Grace Lee, *Pro Se*